UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADCLIFF RICHARD WALKER,<br><br>    Petitioner,<br><br>  v.<br><br>J. PRICE, Warden,<br><br>    Respondent. | NO. CV 16-365-SJO (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: July 17, 2016.

_____
S. JAMES OTERO
United States District Judge